UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABRY LANDON WHITE (#399660)**

**VERSUS**

**ELAYN HUNT CORRECTIONAL CENTER, ET AL.**

**CIVIL ACTION**

**NO. 18-283-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 27, 2020 (Doc. 13), to which no objection was filed;

**IT IS ORDERED** that this action is DISMISSED, WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 41(b)(1)(A) for failure of Plaintiff to timely effectuate service upon Defendants.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 12, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**